# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA ROBINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:23-00430-JB-N |
| | ) |
| **SANOFI-AVENTIS U.S. LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered April 11, 2024 (Doc. 26), it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 11th day of April, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE